UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                          :

        - v -                                   :            **ORDER**

ANGEL MARTINEZ,                                   :            06 Cr. 987-01 (DC)

        Defendant.                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

      Before the Court is defendant Angel Martinez's motion for reconsideration of two orders of this Court: a July 23, 2020 order denying his motion for a sentence reduction under Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, and an August 3, 2021 order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  The government is ordered to respond to this motion within 30 days of the filing of this order.  If Mr. Martinez wishes to submit a reply, he shall do so within 21 days after receipt of the government's papers.

      SO ORDERED.

Dated:     New York, New York
           July 19, 2024

                                     DENNY CHIN
                                     United States Circuit Judge
                                     Sitting by Designation