UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

           - v -                            :         **ORDER**

ANGEL MARTINEZ,                       :         06 Cr. 987-01 (DC)

           Defendant.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

       Before the Court is defendant Angel Martinez's motion for reconsideration of two orders of this Court: a July 23, 2020 order denying his motion for a sentence reduction under Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, and an August 3, 2021 order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). The Clerk of the Court is ordered to seal the following exhibits to Martinez's motion:

- Martinez's FSA Recidivism Risk Assessment
- Martinez's personal letter to the Court
- Martinez's son's letter to the court, dated January 14, 2024
- Martinez's Inmate Financial Responsibility Plan
- Martinez's UPMC Williamsport PET CT Report
- Martinez's UPMC Williamsport Radiology Report
- Martinez's UPMC Williamsport Oncology Visit Report

       SO ORDERED.

Dated:    New York, New York
            August 28, 2024

                                         DENNY CHIN
                                         United States Circuit Judge
                                         Sitting by Designation